UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

RAYMOND LEE GEARHART,                  ORDER ADOPTING REPORT
                                                          AND RECOMMENDATION
                   Plaintiff,

    v.                                                       Case No. 16-CV-4035 (MJD/LIB)

DR. HEART, et al.,

                   Defendants.


RAYMOND LEE GEARHART,

                   Plaintiff,
    v.                                                       Case No. 17-CV-0215 (MJD/LIB)

DR. HEART, psychiatrist, et al.,

                   Defendants.


RAYMOND LEE GEARHART,

                   Plaintiff,

    v.                                                       Case No. 17-CV-0507 (MJD/LIB)

DR. HEART and DR. GABLE,

                   Defendants.


RAYMOND LEE GEARHART,

                   Plaintiff,

    v.                                                       Case No. 17-CV-0624 (MJD/LIB)

DR. HEART, psychologist, et al.,

                Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1. These actions are **SUMMARILY DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).

2. Motion for an attorney and an extension of time (Civil File No. 16-4035 (MJD/LIB) [Docket No. 9]) is **DENIED** because neither the motion nor the supporting memorandum provides any basis for granting the motion; and all other pending motions are **DENIED AS MOOT**.

3. Raymond Lee Gearhart is restricted from filing new cases in this District unless he is represented by counsel or receives prior written authorization from a judicial officer in this District.

4. Judgment is entered accordingly.

DATED:  April 6, 2017                                s/ Michael J. Davis
At Minneapolis, Minnesota                    Michael J. Davis
                                                                 United States District Court